UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG MOSKOWITZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META FINANCIAL GROUP, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:12-cv-01475-MPS<br>)  Judge Michael P. Shea<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of the United States Courts for the District of Connecticut, I, Alan Neigher, local counsel for Defendant Meta Financial Group, Inc., hereby moves this Court for an Order for admission *pro hac vice* for Derek W. Edwards, of the law firm of Waller Lansden Dortch & Davis, LLP, to appear as lead counsel for Defendant Meta Financial Group, Inc. in the above-captioned action.

Mr. Edwards is in good standing of the bar of the State of Tennessee. There are no pending disciplinary proceedings against him in any state or federal court. An Affidavit of Mr. Edwards in support of this Motion is attached hereto as **Exhibit 1**. A Certificate of Good Standing for Mr. Edwards is attached hereto as **Exhibit 2**.

Pursuant to L. Civ. 2. 83.1(d)(1)(e), the sponsoring attorney, Alan Neigher of Byelas and Neigher, Federal I.D. No. ct-00134, of 1804 Post Road East, Westport, Connecticut 06880, telephone number (203) 259-0599, facsimile number (203) 255-2570, and email address aneigher@snet.net, is designated as Mr. Edwards' agent for service of process, and the District of Connecticut as the forum for any dispute arising out of Mr. Edwards' admission.

Dated: __1/24__, 2013.

                        Respectfully submitted,

                        <u>s/Alan Neigher</u>
                        Alan Neigher (ct-00134)
                        1804 Post Road East
                        Westport, Connecticut 06880
                        Telephone:   (203) 259-0599
                        Facsimile:    (203) 255-2570
                        Email:         aneigher@snet.net

                        *Attorney for Defendant Meta Financial Group, Inc.*

10354925.3

## CERTIFICATE OF SERVICE

I hereby certify that on January 2𝟺, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

        Sergei Lemberg, Esq.
        Lemberg & Associates, LLC
        1100 Summer Street, Third Floor
        Stamford, Connecticut 06905
        Telephone:  (203) 653-2250
        Facsimile:   (877) 795-3666
        Email:       slemberg@lemberglaw.com


        s/Alan Neigher
        Alan Neigher (ct-00134)
        1804 Post Road East
        Westport, Connecticut 06880
        Telephone:  (203) 259-0599
        Facsimile:   (203) 255-2570
        Email:       aneigher@snet.net

*Attorney for Defendant Meta Financial Group, Inc.*

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CRAIG MOSKOWITZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META FINANCIAL GROUP, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:12-cv-01475-MPS<br>) Judge Michael P. Shea<br>)<br>)<br>)<br>) |

**AFFIDAVIT AND OATH OF DEREK W. EDWARDS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF TENNESSEE   )
                     )
COUNTY OF DAVIDSON   )

DEREK W. EDWARDS, being first duly sworn, on oath deposes and states as follows:

1. I submit this affidavit and oath in support of the accompanying motion seeking the Court's authorization for me to appear *pro hac vice* pursuant to Local Rule 83.1(d) as counsel for Defendant United Cash Systems, LLC in the above-captioned matter.

2. I reside in Nashville, Tennessee. I am a partner with the firm of Waller Lansden Dortch & Davis, LLP located at Nashville City Center, 511 Union Street, Suite 2700, Post Office Box 198966, Nashville, Tennessee 37219-8966; telephone: (615) 244-6380; facsimile: (615) 244-6804, and email: derek.edwards@wallerlaw.com.

3. I am engaged in the full-time practice of law and have been licensed to practice in the State of Tennessee. I am a registered member in good standing of the Bar of the State of Tennessee. I was admitted to the Supreme Court of Tennessee on November 16, 2001. I was

10354945.3

admitted to the United States District Court for the Middle District of Tennessee on December 6, 2001. In addition to the foregoing, I have been admitted to the following courts:

| Court | Date | Number |
|---|---|---|
| U.S. Court of Appeals for the Sixth Circuit | June 24, 2002 | |
| U.S. Court of Appeals for the Ninth Circuit | October 4, 2002 | |
| | | |
| Supreme Court for the State of California | December 5, 2000 | |
| Supreme Court for the State of Tennessee | November 16, 2001 | |
| | | |
| U.S. District Court, Central District of California | June 4, 2002 | #210636 |
| U.S. District Court, Eastern District of California | April 8, 2011 | #210636 |
| U.S. District Court, Northern District of California | February 3, 2012 | #210636 |
| U.S. District Court, Southern District of California | January 20, 2012 | #210636 |
| | | |
| U.S. District Court, Eastern District of Tennessee | May 22, 2002 | #021455 |
| U.S. District Court for the Middle District of Tennessee | December 6, 2001 | #021455 |
| U.S. District Court, Western District of Tennessee | March 6, 2002 | #021455 |
| | | |
| U.S. District Court, Eastern District of Texas | February 27, 2012 | |

4. I was admitted *pro hac vice* in the United States District Court for the District of Connecticut on August 16, 2012, in the case styled *Shawn Traylor v. United Cash Systems, Inc. and McDonald's Corp.*, Civil Action No. 3:12-cv-01006-WWE. I have never been denied admission *pro hac vice* nor have I ever had an admission *pro hac vice* revoked by any court in any jurisdiction. I have never been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Tennessee, nor by any similar lawyer disciplinary agency or authority in any other jurisdiction. No disciplinary action or investigation concerning my conduct is pending before the Board of Professional Responsibility of the Supreme Court of Tennessee, or before any similar lawyer disciplinary agency or authority in any other jurisdiction.

5. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.  I have associated with Alan Neigher, Esq., 1804 Post Road East, Westport, Connecticut 06880.

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and the foregoing rules and that I will support the Constitution of the United States.

_____
DEREK W. EDWARDS

Sworn to and subscribed before me this 15th day of January, 2013.

_____
Notary Public, State of Tennessee

My Commission Expires: June 23, 2014

*[Notary Seal: Nancy Lee Easterling, State of Tennessee Notary Public, Wilson County, Tenn.]*

My Commission Expires JUNE 23, 2014

10354945.3

# EXHIBIT 2

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that DEREK W EDWARDS is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: November 16, 2001.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 14th day of January, 2013.

Michael W. Catalano, Clerk

By _Donna Gilmore_ D.C.

| | | | WALLER LANSDEN DORTCH & DAVIS LLP | | 190957 |
|---|---|---|---|---|---|
| | | | NASHVILLE CITY CENTER | | |
| | | | 511 UNION STREET, SUITE 2700 | Regions Bank General | |
| | | | POST OFFICE BOX 198966 | 87-1 / 640 | |
| | | | NASHVILLE, TENNESSEE 37219-8966 | | |

Pay: Seventy-five and 00/100************************************************  Date: January 15, 2013   $ ***75.00***

PAY TO THE ORDER OF: U.S. District Court Clerk

Memo:

⑩"190957⑩"  ⑩:0640000⑩?⑩:  000192030?⑩"

| Payee: | U.S. District Court Clerk | | | | Check #: | 190957 | |
|---|---|---|---|---|---|---|---|
| Vendor ID: | CLERKUSC | | | | Check Date: | January 15, 2013 | |

| Inv # | Inv Date | G/L Acct | Client | Matter | Narrative | Amount | Inv Total |
|---|---|---|---|---|---|---|---|
| 26659O115 | 01/15/2013 | | 024321 | 26659 | VENDOR: U.S. District Court Clerk; INVOICE#: 266590115; DATE: 1/15/2013 - Pro hac vice admission to U.S.D.C., D. Connecticut | $75.00 | $75.00 |
| | | | | | Invoice Totals: | $75.00 | $75.00 |